UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
JEFFREY OTIS REDDEN,

                Movant,

     -against-

UNITED STATES OF AMERICA,

                Respondent.
------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/29/2021
```

21-cv-5588 (LAK)
02-cr-1141 (LAK)

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

      Movant shall file any reply to the government's opposition no later than January 21, 2022.

      The Clerk shall mail a copy of this order to the movant.

      SO ORDERED.

Dated:     December 29, 2021

                                                  /s/    Lewis A. Kaplan
                                          _____
                                                      Lewis A. Kaplan
                                                  United States District Judge