UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
JEFFREY OTIS REDDEN,

                      Movant,

    -against-

                         21-cv-5588 (LAK)
                         02-cr-1141 (LAK)

UNITED STATES OF AMERICA,

                      Respondent.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The motion for an order to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 (Dkt 151 in 02-cr-1141; Dkt 1 in 21-cv-5588) is denied substantially for the reasons set forth in the government's memoranda (02-cr-1141, Dkt 151, 124). A certificate of appealability is denied, and the Court certifies that any appeal herefrom would not be taken in good faith within the meaning of 28 U.S.C. §1915(a)(3).

        The Clerk shall mail a copy of this order to the movant.

        SO ORDERED.

Dated:      March 2, 2022

                                          Lewis A. Kaplan
                                    United States District Judge